THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON GOODMAN on behalf of JG | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 07-1310 |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION | : | |

ORDER

And now, this 24th day of March 2008, upon consideration of the Plaintiff's Motion for Summary Judgment (Doc. No. 9), Defendant's Response to Request for Review of Plaintiff's Statement of Facts (Doc. No. 12), and Plaintiff's Response in Support of her Motion (Doc. No. 13), and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 9) is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.